

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2020

No. 04-20-00400-CR

Christina Marie **WOOLARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-11-0291-CRA
Honorable Bob Brendel, Judge Presiding

# O R D E R

On August 28, 2020, appellant filed a letter with the Court in which she requests appointment of counsel for appellate purposes. Appellant was represented by retained counsel below. Retained counsel properly filed a motion to withdraw, which was granted by the trial court. In her letter, appellant states her circumstances have changed and she cannot afford an attorney.

We **ABATE** this appeal to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). We **ORDER** the trial court to conduct a hearing and enter findings of fact and conclusions of law on or before October 12, 2020 with respect to the following:

(1)     Is appellant indigent?

(2)     If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

We further **ORDER** the trial court clerk to file a supplemental clerk's record containing the trial court's findings of facts and conclusions of law on or before **October 22, 2020**. We also **ORDER** the court reporter to file a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the

hearing. After the supplemental records are filed, the appeal will be reinstated on the docket of this court.

All appellate deadlines are suspended pending further orders from this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court